IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUFUS TERRY McDOUGALD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Act. No: 1:18-cv-788-ECM |
| | ) | (WO) |
| WAL-MART STORES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the order of the court, entered in this case on this day, Final Judgment is entered in favor of Defendants, and against Plaintiff, and this case is DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 12th day of October, 2018.

                                               /s/ Emily C. Marks
                                     EMILY C. MARKS
                                     UNITED STATES DISTRICT JUDGE